AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
DERRICK DWANE PRIDE, a/k/a Derrick Dwyne Pride

DISTRICT COURT NUMBER
**CR08-0175 CW**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

**DEFENDANT**

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____     Before Judge: _____

Comments:



PENALTY SHEET ATTACHMENT

*UNITED STATES v. DERRICK DWANE PRIDE*

### COUNTS ONE AND TWO
**Use of a Communications Facility (Telephone) to Facilitate Narcotics Trafficking**
**(21 U.S.C. § 843(b))**

| | |
|---|---|
| Imprisonment: | Maximum Four Years |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 1-Year Supervised Release |
| Special Assessment: | $100 |

### COUNT THREE
**Distribution of Crack Cocaine**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FOUR
**Possession with Intent to Distribute Crack Cocaine within 1,000 Feet of a Playground**
(21 U.S.C. § 860)

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| Fine: | Maximum $8,000,000 (Twice that authorized by 841(b)(1)(A)(iii) |
| Supervised Release: | Maximum Lifetime Supervised Release |
| Special Assessment: | $100 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

DERRICK DWANE PRIDE,
a/k/a Derrick Dwyne Pride,

**CR08-0175** CW

DEFENDANT.

---

# INDICTMENT

21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine; 21 U.S.C. § 860 – Possession with Intent to Distribute Crack Cocaine Within 1,000 Feet of a Playground

---

A true bill.

_____ Foreman

Filed in open court this 19 day of MARCH 2008

_____ Clerk

Bail. $ No bail arrest warrant.

3/19/08

FILED
2008 MAR 19 PM 3:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
2008 MAR 19 PM 3:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DERRICK DWANE PRIDE,<br>  a/k/a Derrick Dwyne Pride,<br><br>    Defendant. | No. **CR08-0175** CW<br><br>VIOLATIONS: 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine; 21 U.S.C. § 860 – Possession with Intent to Distribute Crack Cocaine Within 1,000 Feet of a Playground<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:    (21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking)

On or about March 20, 2007, in the Northern District of California, defendant,

DERRICK DWANE PRIDE,
a/k/a Derrick Dwyne Pride,

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony violation of Title 21, United States Code, Section 841(a)(1), specifically, distribution of a Schedule II controlled substance, namely, approximately 83.5 grams of cocaine base in the form

INDICTMENT

1

Document No.
District Court
Criminal Case Processing

1  of "crack" cocaine, in violation of Title 21, United States Code, Section 843(b).

3  COUNT TWO:   (21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking)

5  On or about March 20, 2007, in the Northern District of California, defendant,

   DERRICK DWANE PRIDE,
   a/k/a Derrick Dwyne Pride,

8  did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony violation of Title 21, United States Code, Section 841(a)(1), specifically, distribution of a Schedule II controlled substance, namely, approximately 83.5 grams of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 843(b).

14 COUNT THREE:   (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Distribution of Crack Cocaine)

15 On or about March 20, 2007, in the Northern District of California, defendant,

   DERRICK DWANE PRIDE,
   a/k/a Derrick Dwyne Pride,

18 did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 83.5 grams of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iii).

22 COUNT FOUR:   (21 U.S.C. § 860 – Possession with Intent to Distribute Crack Cocaine Within 1,000 Feet of a Playground)

24 On or about March 20, 2007, in the Northern District of California, defendant,

   DERRICK DWANE PRIDE,
   a/k/a Derrick Dwyne Pride,

27 did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, approximately 83.5 grams of cocaine base in the form of "crack" cocaine

INDICTMENT

2

1  within 1,000 feet of a playground in violation of Title 21, United States Code, Section 860.

2

3  DATED:

4  3-19-08

A TRUE BILL.

_____
FOREPERSON

6  JOSEPH P. RUSSONIELLO
United States Attorney

9  W. DOUGLAS SPRAGUE
Chief, Oakland Branch

11  (Approved as to form: _____ )
AUSA GARTH HIRE

INDICTMENT

3