1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone: (510) 637-3929
7      Facsimile:  (510) 637-3724
       E-Mail:     Garth.Hire@udoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13 UNITED STATES OF AMERICA,         )  NO. CR08-0175
                                     )
14         Plaintiff,                )  SEALING APPLICATION AND
                                     )  SEALING ORDER
15     v.                            )
                                     )
16 DERRICK DWANE PRIDE,              )
     a/k/a Derrick Dwyne Pride,      )
17                                   )
           Defendant.                )
18                                   )
                                     )
19 _____)

20

21     The United States requests that the Indictment, Penalty Sheet and Arrest Warrant (except

22 that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office

23 and the executing agents) in the above-captioned case filed with the Court on March 19, 2007, be

24 filed under seal until further order of the Court. The reason for this request is to facilitate the

25 ///

26 ///

27 ///

28

SEALING APPLICATION AND ORDER
                                       1

1  arrest of the defendant. Revealing the Indictment may compromise the arrest of the defendant.

2  WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

3  DATED: March 18, 2008                    Respectfully submitted,

5  JOSEPH P. RUSSONIELLO
   United States Attorney

   GARTH HIRE
   Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on March 19, 2007, shall be filed under seal until further order of the court (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the executing agents).

IT IS SO ORDERED.

DATED: 3/19/08

HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER

2