UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Diane Skillman
Date: 5/14/08

Plaintiff: United States

v.                                              No. CR-08-00175 CW

Defendant: Derrick Dwane Pride (present - in custody)

Appearances for Plaintiff:
Garth Hire

Appearances for Defendant:
Rebecca Silbert

Hearing: Change of Plea/Sentencing

Notes: Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to Counts 1 and 2 of the indictment charging using a communications facility to facilitate narcotics trafficking in violation of 21 USC 843(b). Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. Defendant waives his right to a PSR and requests immediate sentencing. Court follows the Plea Agreement and find Offense Level 27, Criminal History III, leading to a Guideline Range of 87 at 108. Based on the Plea Agreement and the statutory maximum, the Court sentences the defendant to 48 months on Count 1 and 48 months on Count 2 to run consecutive for a total of 96 months, to be followed by one year supervised release on each count to run concurrent under the usual terms and conditions. Search condition shall be with or without cause. Defendant to pay $200 special assessment which shall be paid through the defendant's participation in the BOP Inmate Financial Responsibility Program at the rate of $25 per quarter. No fine imposed. Any remaining counts are dismissed. Court will recommend placement as close to Oakland, CA, as possible and participation in RDAP. Defendant remanded to custody of U.S. Marshal. See J&C for details.

Copies to: Chambers