# UNITED STATES DISTRICT COURT

FILED

MAY 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

_____ **DISTRICT** _____

### Defendant's Waiver of Preparation of Presentence Investigation and Report

*CR-08-00175 CW*

I, _____*Derrick Dwane Pride*_____ hereby waive
(Name of Defendant)

my right to have the probation officers of the United States District Courts conduct a presence investigation for presentation to the sentencing court. This investigation which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form. No promise has been made to me as to what the final disposition of my case will be.

_____5.14.08_____
(Date)

_____*Derrick Pride*_____
(Signature of Defendant)

_____
(Defendant's Attorney)

Prob. 13C (1/76)