Derrick Dwane Pride
Reg # 91002-111
Federal Detention Center
Dublin, Calif 94568-3106

FILED
JUN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  
2  In Pro Se
3  
4  In The United States District Court For
5  The Northern District Of California
6  Oakland
7  
8  United States Of America,        Case # CR-08-0175 CW
9  
10        Plaintiff,                Motion To Correct Or
11                                  Reduce Sentence Pursuant
12     VS                           To Federal Rule Of Criminal
13                                  Procedure Rule 35 (b)
14  Derrick Dwane Pride,
15  
16        Defendant,
17  
18  
19        Comes Now, Derrick Dwane Pride, An indigent
20  federal petitioner, In Pro Se, Who respectfully request that
21  this Honorable Court grant his motion for Correction of
22  Sentence pursuant to Federal Rule's of Criminal Procedure
23  Rule 35 (b).
24  
25              Statement Of Facts
26  
27        The petitioner was indicted on March 19, 2008
28  for Violation of Titles;   21 U.S.C. § 843 (b) - Use of a

(1)

Communication facility (Telephone) to commit / facilitate Narcotics Trafficking in Counts one and two; 21 U.S.C § 841(a), (b)(1)(A)(iii) - Distribution of Crack Cocaine and 21 U.S.C § 860 - Possession with intent to distribute Crack Cocaine within 1,000 feet of a playground.

Petitioner was arrested on April 2, 2008 and on May 14, 2008 I plead guilty and was sentenced on the same day!

## Issue

The petitioner is not attacking the plea or the conviction, Rather, petitioner seeks to have his sentence Corrected. He plea guilty to the two phone Counts, 4 years on each Count = 8 years. The phone Counts were part of the same act and by Law, and the guidelines, must run Concurrently.

## Conclusion

Petitioner prays that this Court will grant his motion and Correct the sentence to reflect 4 years with both phone Counts running Concurrently.

Respectfully Submitted
x Derrick Bride

Proof Of Service

1
2
3   I, Derrick Duane Pride, declare that I sent
4   a Motion for Correction of Sentence and two copies
5   to the Clerk of the United States District Court For
6   the Northern District Of California, 1301 Clay Street
7   Oakland California 94612. by placing same in a
8   pre-paid stamped envelop and gave them to prison
9   Officials for mailing.
10
11
12  Executed Under penalty of perjury on June 24, 2008
13
14
15
16                                  Respectfully Submitted
17
18                                  x Derrick Pride
19                                    In Pro Se

