IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 08-00175 CW |
|---|---|
| Plaintiff, | ORDER DENYING MOTION TO CORRECT SENTENCE PURSUANT TO RULE 35(b) |
| v. | |
| DERRICK DWANE PRIDE, | |
| Defendant. | |

Defendant Derrick Dwane Pride moves for correction of sentence pursuant to Federal Rule of Criminal Procedure 35(b) on the ground that his sentence for violating two counts of the same criminal statute should run concurrently rather than consecutively. Having read all the papers submitted by Defendant, the Court DENIES his motion.

BACKGROUND

On March 19, 2008, Defendant was indicted on two counts of violating 21 U.S.C. § 843(b), use of a communications facility, a telephone, to commit narcotics trafficking, one count of violating 21 U.S.C. § 841(a)(1),(b)(1)(B)(iii), distribution of crack cocaine, and one count of violating 21 U.S.C. § 860, possession with intent to distribute crack cocaine within 1,000 feet of a playground.  On May 14, 2008, Defendant entered into a plea bargain

1  in which he plead guilty to the two counts of use of a telephone to
2  commit narcotics trafficking.  The two other counts against him
3  were dismissed.  In the plea agreement, Defendant agreed that he
4  understood "that, because I am pleading guilty to more than one
5  count, the Court may order the sentences on those counts to run
6  consecutively."  Plea Agreement at 2.  Defendant also agreed that
7  "a reasonable and appropriate disposition of this case is as
8  follows: a sentence of 96 months of imprisonment, one year of
9  supervised release . . . $0 fine, $200 special assessment, and $0
10 restitution."  Plea Agreement at 4.

11     On May 19, 2008, judgment was entered against Defendant and he
12 was sentenced to prison for a term of forty-eight months on Count 1
13 and forty-eight months on Count 2 to run consecutively.  The other
14 terms of Defendant's sentence were in accordance with the sentence
15 agreed to in the Plea Agreement.

16     On June 25, 2008, Defendant filed this motion for reduction of
17 sentence.

## LEGAL STANDARD

19     Rule 35 of the Federal Rules of Criminal Procedure governs
20 correcting or reducing a criminal sentence.  Subsection (a)
21 provides that a court may correct a sentence that resulted from
22 arithmetical, technical, or other clear error within seven days
23 after sentence.  Subsection (b) provides:

>   (1) Upon the government's motion made within one year of
>   sentencing, the court may reduce a sentence if the
>   defendant, after sentencing, provided substantial
>   assistance in investigating or prosecuting another
>   person.

Fed. R. Crim. Pro. 35(b)(1).

DISCUSSION

Neither Rule of Criminal Procedure 35(a) nor Rule of Criminal Procedure 35(b) applies to this motion. Rule 35(a) does not apply because Defendant filed his motion more than seven days after sentencing, and the type of error he alleges is not the type addressed in that subsection. Rule 35(b) does not apply because this is not a motion by the government based upon Defendant's substantial assistance in investigating or prosecuting another person.

Furthermore, Defendant received the exact sentence to which he agreed in his Plea Agreement and, thus, he cannot claim that the sentence is inappropriate or that he is surprised that he received a consecutive sentence. He also waived his right to appeal or collaterally attack his sentence. He cites no authority for the proposition that the consecutive sentence here was improper pursuant to the law or the sentencing guidelines. Therefore, Defendant's motion for reduction of sentence pursuant to Rule of Criminal Procedure 35 must be DENIED.

CONCLUSION

Based on the foregoing, Defendant's motion for reduction of sentence is DENIED.

IT IS SO ORDERED.

Dated: 7/8/08

CLAUDIA WILKEN
United States District Judge

3

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

Derrick Dwane Pride,

        Defendant.
                                         /

Case Number: CR08-00175 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Garth Hire
United States Attorney's Office
1301 Clay Street, Suite 340S
Oakland, CA 94612-5217

Rebecca Sullivan Silbert
Federal Public Defender's Office
555 - 12th Street, Ste. 650
Oakland, CA 94607-3627

Derrick Dwane Pride
Reg. #91002-111
Federal Detention Center
Dublin, CA 94568-3106

Dated: July 8, 2008

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk